UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEVIN EDWARD CRESS, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:23-CV-115-TAV-JEM |
| C.O. LAFORCE,<br>C.O. BROCKWELL,<br>JAILER MYERS,<br>JAILER PUNDY, and<br>SGT. DALLIS HILTON, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to **CLOSE** this file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
    CLERK OF COURT